IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                              PLAINTIFF

v.                           No. 3:15-cv-42-DPM-JTK

POINSETT COUNTY DETENTION CENTER;
DEWEY, Correctional Officer, Poinsett County
Jail; BARBARA DEXTER, Correctional Officer,
Poinsett County Jail; JERRY MARTIN, Jail
Administrator, Poinsett County Jail; JOEY
MARTIN, Administrator, Poinsett County Jail;
and S. DEWEY, Corrections Officer, Poinsett
County Jail                                                          DEFENDANTS

ORDER

Unopposed recommendation, № 4, declined. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Addison has now moved for leave to proceed *in forma pauperis*. Magistrate Judge Kearney will handle that motion in due course. Addison's motion to dismiss Barbara Dexter, № 8, is granted.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

10 April 2015