## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                                                                      PLAINTIFF

v.                                          3:15CV00042-DPM-JTK

POINSETT COUNTY DETENTION
CENTER, et al.                                                                                                         DEFENDANTS

### ORDER

Defendant Shawn Dewey, through his attorney, has answered and supplied his correct/complete name (Doc. No. 19). The Clerk is directed to change the style of the case to reflect the Defendant's correct name.

IT IS SO ORDERED this 6th day of May, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE