IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                                  PLAINTIFF

v.                                    No. 3:15-cv-42-DPM-JTK

POINSETT COUNTY DETENTION CENTER;
SHAWN DEWEY, Corrections Officer, Poinsett
County Jail; JERRY MARTIN, Jail Administrator,
Poinsett County Jail; and JOEY MARTIN,
Administrator, Poinsett County Jail                                      DEFENDANTS

ORDER

On *de novo* review, the Court adopts the recommendation, № 11, as

modified and overrules Addison's objection, № 21.   FED. R. CIV. P. 72(b)(3).

Poinsett County Detention Center is dismissed with prejudice as a defendant.

*Owens v. Scott County Jail*, 328 F.3d 1026, 1027 (8th Cir. 2003). Jerry Martin is

dismissed without prejudice as a defendant.   Addison's criminal charges

claim against Joey Martin is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
1 June 2015