IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON
ADC # 162451                                                                          PLAINTIFF

v.                                        No. 3:15-cv-42-DPM

JOEY MARTIN, Administrator,
Poinsett County Jail, and SHAWN
DEWEY, Corrections Officer,
Poinsett County Jail                                                               DEFENDANTS

ORDER

Unopposed recommendation, № 51, adopted. FED. R. CIV. P. 72(b) (1983

Addition to Advisory Committee Notes). Martin and Dewey's motion for

summary judgment, № 40, is granted. Addison's claims against them will be

dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 March 2016