IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON
ADC # 162451                                                                                    PLAINTIFF

v.                                              No. 3:15-cv-42-DPM

POINSETT COUNTY DETENTION CENTER;
DEWEY, Correctional Officer, Poinsett County
Jail; BARBARA DEXTER, Correctional Officer,
Poinsett County Jail; JERRY MARTIN, Jail
Administrator, Poinsett County Jail; JOEY
MARTIN, Administrator, Poinsett County Jail;
and SHAWN DEWEY, Corrections Officer,
Poinsett County Jail                                                                         DEFENDANTS

JUDGMENT

1. Addison's claims against Joey Martin, Shawn Dewey, and Poinsett

County Detention Center are dismissed with prejudice.

2. The rest of Addison's claims are dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_____ 4 March 2016